1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CHARLES TURNER,

        Plaintiff,

v.

JOHN POTTER, Postmaster General, et al.,

        Defendants.

2:05-CV-1153  JCM (LRL)

Date:      N/A
Time:      N/A

**ORDER**

    Presently before the court is defendants' motion for summary judgment (#25). Defendant has failed to submit admissible evidence in support of arguments made in his motion for summary judgment. *See Orr v. Bank of America*, 285 F.3d 764 (9th Cir. 2002).

    IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that defendants' motion for summary judgment (#30), be, and the same hereby is, DENIED.

. . .

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the hearing scheduled
2   for September 14, 2006, be, and the same hereby is, VACATED.
3   DATED this 11$^h$ day of September, 2006.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**